UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGEL MEIJIA LOBO,<br><br>    Defendant. | CASE NO. MJ20-630<br><br>**ORDER DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has been indicted in the District of Oregon and faces drug trafficking charges. If he is convicted he faces a mandatory minimum sentence of 10 years of imprisonment in one charge and a mandatory minimum of five years in another. The Court finds defendant has failed to overcome the presumption that he is a flight risk and danger to the community. Defendant and his family came to the United States about 6 years ago. His transition to this county has been marked by instability in the community. He and his family have moved from several states, lived in shelters and at the time of arrest were living in a car. Although his mother recently obtained an apartment, the family's financial stability to maintain the apartment is uncertain.

ORDER DETAINING DEFENDANT - 1

The government proffered that defendant is allegedly involved in a large-scale drug conspiracy, that crosses state lines. Given the severity of the offense and defendant's unstable personal circumstances the Court concludes defendant should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 14th day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DETAINING DEFENDANT - 2